# UNITED STATES DISTRICT COURT

Middle District of Alabama

UNITED STATES OF AMERICA
v.
Demarius Jones

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case No. 2:24-cr-00291-RAH-JTA
USM No. 22474-511

Andrew M. Skier
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) 1 of the term of supervision.
☐ was found in violation of condition(s) count(s) ____________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon | 03/19/2026 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ____________ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2584

Defendant's Year of Birth: 2006

City and State of Defendant's Residence:
Montgomery, AL

11/04/2026
Date of Imposition of Judgment

[signature]
Signature of Judge

R. Austin Huffaker, Jr., Chief United States District Judge
Name and Title of Judge

11/04/2026
Date

DEFENDANT: Demarius Jones
CASE NUMBER: 2:24-cr-00291-RAH-JTA

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

9 months. This sentence shall run consecutively to the term of imprisonment imposed in Docket Number 2:26CR142.
No supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

That Defendant be designated to a facility, as close to home as possible, where the following are available: vocational training, BRAVE Program, Criminal Thinking, Career and Technical Education program, and Cognitive Behavioral Therapy for Chronic Pain.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ________________ ☐ a.m. ☐ p.m. on ________________________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ______________________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on ______________________ to ______________________________

at ______________________ with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL